**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:09-CV-136-R**

JACK C. DUVALL, ET AL.                                                                                    PLAINTIFFS

**ORDER SETTING**
V                                                           **RULE 16**
**TELEPHONIC SCHEDULING CONFERENCE**

KV PHARMACEUTICAL CORPORATION, ET AL.                                        DEFENDANTS

**IT IS ORDERED:**

1. Counsel who will represent the parties at trial and who have full authority to enter stipulations, to make admissions, and to bind the parties with respect to dates agreed upon or ordered shall be available for a **telephonic scheduling conference** on **August 27, 2009 at 1:00 p.m. CDT**. The Court will place the call to counsel.

2. Pursuant to Rule 26(f) Fed.R.Civ.P. counsel shall discuss and establish a discovery plan which shall be submitted to the Court at the scheduling conference **either orally or in writing**. Counsel are directed to make the mandatory disclosures required by Rule 26(a)(l) Fed.R.Civ.P. by said conference date.

3. At the Rule 16 telephonic scheduling conference dates will be fixed for the following, as appropriate to the case:
   a) Joinder of additional parties and amendments to pleadings.
   b) Disclosure of deadlines for experts.
   c) Discovery scope, limits and completion.
   d) Filing of dispositive motions.
   e) Exchange of exhibits and final witness lists.
   f) Conferences before trial, including a final pretrial conference.
   g) Trial.

**ENTERED BY ORDER OF THE COURT:**

THOMAS B. RUSSELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
JEFFREY A. APPERSON, CLERK

BY:      /s/ Kelly P. Harris
             Deputy Clerk

July 29, 2009
cc:   Counsel